UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CONZALOS GLASCO, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 1:13-cv-00788-WTL-DKL ) |
| DR. LAVINE, | ) ) ) |
| Defendant. | ) |

FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

For the reasons detailed in the accompanying Order, the Court now enters FINAL JUDGMENT. Judgment is entered for the defendant and against the plaintiff.

Date: 07/08/2014

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Electronically Registered Counsel

CONZALOS GLASCO
890756
PENDLETON - CF
PENDLETON CORRECTIONAL FACILITY
Inmate Mail/Parcels
4490 West Reformatory Road
PENDLETON, IN 46064